UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-cr-00060-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| DERRICK ANTONIO BRIDGES | |

This matter is before the court on defendant's notice filed in response to the court's 19 March 2021 order. (DE # 43.) Defense counsel represents that he has consulted with defendant, defendant consents to proceeding with his sentencing by video or teleconference, and the government does not object. Because defendant has been in custody for one year, the court finds that sentencing cannot be further delayed without serious harm to the interests of justice. Sentencing is hereby SET for the 12 April 2021 session by videoconference.

This 5 April 2021.

_____
W. Earl Britt
Senior U.S. District Judge